CO-386-online
10/03

# United States District Court
# For the District of Columbia

Genesis Eldercare Rehabilitation Services, )
Inc. d/b/a Genesis Rehabilitation Services )
                                  )
                         Plaintiff )
         vs                      )      Civil Action No._____
                                  )
Grant Park Nursing Home Limited )
Partnership d/b/a Grant Park Care Center )
                                  )
                     Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for   Genesis Eldercare Rehabilitation Services, Inc.   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   Genesis Eldercare Rehabilitation Services, Inc.   which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                                                                   Attorney of Record

                                                                   _/s/ Kristen A. Bennett_____
                                                                   Signature

DC Bar #451556                                          Kristen A. Bennett
BAR IDENTIFICATION NO.                         Print Name

                                                        1750 Tysons Boulevard, Suite 1450
                                                        Address

                                                        McLean, Virginia 22102
                                                        City               State              Zip Code

                                                        (703) 596-2050
                                                        Phone Number