UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GENESIS ELDERCARE REHABILITATION SERVICES, INC. d/b/a GENESIS REHABILITATION SERVICES, a Pennsylvania Corporation | ) ) ) ) ) | |
| PLAINTIFF | ) ) ) | |
| v. | ) ) ) | Civil Action No.: 1:07-cv-01453 |
| GRANT PARK NURSING HOME LIMITED PARTNERSHIP d/b/a GRANT PARK CARE CENTER, a limited partnership | ) ) ) ) | |
| DEFENDANT | ) | |

## PLAINTIFF'S NOTICE OF ADDRESS

Pursuant to Local Rule 5.1(e), Plaintiff Genesis Eldercare Rehabilitation Services, Inc. d/b/a Genesis Rehabilitation Services notices its corporate address as:

> Genesis Eldercare Rehabilitation Services, Inc.
> d/b/a Genesis Rehabilitation Services
> 101 East State Street
> Kennett Square, Pennsylvania 19348

Dated: August 14, 2007

                                            Respectfully submitted,

                                            *s/ Kristen A. Bennett*
                                            Charlie C.H. Lee (DC Bar #447501)
                                            Kristen A. Bennett (DC Bar #451556)
                                            MOORE & LEE, LLP
                                            1750 Tysons Boulevard, Suite 1450
                                            McLean, Virginia  22102-4225
                                            (703) 506-2050  Telephone
                                            (703) 506-2051  Facsimile
                                            E-Mail: c.lee@mooreandlee.com
                                            E-Mail: k.bennett@mooreandlee.com

<u>Of Counsel</u>
Benjamin C. Fultz
FULTZ MADDOX HOVIOUS & DICKENS PLC
2700 National City Tower
Louisville, Kentucky 40202
(502) 588-2000 Telephone
(502) 588-2020 Facsimile
E-Mail: bfultz@fmhd.com

*Counsel for Plaintiff*