## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENESIS ELDERCARE REHABILITATION SERVICES, INC. d/b/a GENESIS REHABILITATION SERVICES, <br><br> Plaintiff, <br><br> v. <br><br> GRANT PARK NURSING HOME LIMITED PARTNERSHIP d/b/a GRANT PARK CARE CENTER, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-01453 <br> ) Judge Lamberth <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW plaintiff Genesis Eldercare Rehabilitation Services, Inc., ("Genesis"), and defendant Grant Park Nursing Home Limited Partnership, ("Grant Park"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1) jointly represent to the Court that they have resolved their differences with respect to all allegations and claims that have been raised or could have been raised by either party in this matter; and

WHEREUPON, the plaintiff and defendant hereby stipulate that this action be and hereby is DISMISSED WITH PREJUDICE.

| | |
|---|---|
| s/ Kristen A. Bennett | s/ Candice S. Shepherd |
| Charlie C.H. Lee, D.C. Bar #447501 | Candice S. Shepherd, Esq., D.C. Bar #483973 |
| Kristen A. Bennett, D.C. Bar #451556 | PAUL, HASTINGS, JANOFSKY & |
| MOORE & LEE, LLP | WALKER, LLP |
| 1750 Tysons Boulevard, Suite 1450 | 875 15th Street, N.W. |
| McLean, Virginia 22102-4225 | Washington, D.C. 20005 |
| Tel: (703) 506-2050 | Tel: (202) 551-1700 |
| Fax: (703) 506-2051 | Fax: (202) 551-1705 |
| k.bennett@mooreandlee.com | candiceshepherd@paulhastings.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |