**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
**GENESIS ELDERCARE REHABILITATION**    )
**SERVICES, INC.,**                                     )
                                                          )
    **Plaintiff,**                              )
                                                          )
    **v.**                                         )      **Civil Action No. 07-1453 (RCL)**
                                                          )
**GRANT PARK NURSING HOME LIMITED**    )
**PARTNERSHIP,**                                       )
                                                          )
    **Defendant.**                             )
_____)

## ORDER

On October 7, 2007, the parties filed a Stipulation of Dismissal [7] with the Court.  Under

the terms of the Stipulation, plaintiff, Genesis Eldercare Rehabilitation Services, Inc., and

defendant, Grant Park Nursing Home Limited Partnership, by and through their counsel, pursuant

to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulated and agreed that this action

should be dismissed.

In light of the parties' Stipulation of Dismissal [7], it is hereby

ORDERED that the Stipulation is APPROVED, and the action shall be DISMISSED.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 9, 2007.